**No. 58318.**—Getz Bros. & Co. and Castelazo & Associates et al. *v.* United States, protests 190293–K, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 58319.**—Getz Bros. & Co. et al. *v.* United States, protests 207863–K, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.

**No. 58320.**—Modernophone, Inc., and H. S. Dorf & Co., Inc. *v.* United States, protest 219661–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper boxes the subject of Abstract 56890, the claim of the plaintiffs was sustained.

**No. 58321.**—Pacific Coast Paper Co. and Border Brokerage Company et al. *v.* United States, protests 159859–K, etc. (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C. D. 1501), the claim of the plaintiffs was sustained.